No. 1201. SMITH *v.* UNITED STATES. May 28, 1945. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Fourth Circuit granted. *Mr. Hayden C. Covington* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.